A95A2509. VAUGHN et al. v. PLEASENT et al.
(474 SE2d 771)

BLACKBURN, Judge.

In *Vaughn v. Pleasent*, 219 Ga. App. 8 (463 SE2d 548) (1995), we

affirmed the jury verdict entered in this personal injury action. The Supreme Court granted certiorari and reversed our decision in *Vaughn v. Pleasent*, 266 Ga. 862 (471 SE2d 866) (1996). Accordingly, our judgment in this case is vacated and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment reversed. McMurray, P. J., and Andrews, J., concur.*

DECIDED AUGUST 22, 1996.

*Robert Altman*, for appellants.

*Tittsworth & Grabbe, John C. Grabbe IV, Fain, Major & Wiley, Charles A. Wiley, Jr., Kim M. Jackson*, for appellees.